Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
Federal District of Florida

_____ Division

)
TERRY LYNN DOSS )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
)
Labor Finders c/o Andrew M. Gordon )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No. 3:21cv981 TKW-HTC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: TERRY LYNN DOSS
Street Address: 12 Atkinson Drive
City and County: Pensacola, Florida, Escambia
State and Zip Code: Florida, 32506
Telephone Number: 850-876-0925
E-mail Address: tdos124@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

FILED USDC FLND TL
AUG 24 '21 AM10:14


Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name — Labor Finder's C/O Andrew M. Gordon C/O

    Job or Title *(if known)*

    Street Address — One East Broward Blvd., Suite 1010

    City and County — Ft. Lauderdale , Broward

    State and Zip Code — Florida, 33301

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

C.     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | |
| Street Address | 4227 N. Davis Hwy Suite A |
| City and County | Pensacola, Escambia |
| State and Zip Code | Florida, 32503 |
| Telephone Number | 850-455-0077 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

I TERRY DOSS was Discriminated by Labor Finder's Manager's and assistance Manager's, and Secitaries for over 4 year's. I was sent on Labor Job's, not skill Job's. I also was sent on a Heating + Air Conditioning Job. In October of 2019. In was worked for skill, but paid labor wage's $7.00 a hr. I complained to Regional Manager, and also Assistant Manager. I was told I would be fired if their was any more Complaining. In that the message was sent by Cooperate. I was fired a short time after. My Certification's I believe was being used. With some these companies.

I am a BlM, that was looked over for skill work, that has transportation. In when I made complaints. I was fired, I have alot of evidence, but would like for the lawsuit to go threw.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) September 11, 2019, also October 2019, and November 2019

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — African American
- ☒ color — Black Male
- ☐ gender/sex — _____
- ☐ religion — _____
- ☐ national origin — _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

_____

E.   The facts of my case are as follows. Attach additional pages if needed. I was a EPA Certified HVAC Technition at that time 19 years Expr and had my Certification's 19 years.

Page 4 of 6

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 13, 2020

B.   The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* July 2, 2021
     *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be Reward know less then $100,000.00 . As a labor I was making their $ between $8,000 - $11,000 A year. But I am still. I have proof I was working their since 2013 or 2014.

Page 5 of 6

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Aug. 19, 2021

Signature of Plaintiff  _Terry Doss_

Printed Name of Plaintiff  _TERRY LYNN DOSS_

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

I Terry Doss am writing the U.S. District Court, which have's jurisdiction in my case. I have tried on an number of attempt's to get a attorney and the above case. Doss v. Labor Finder's. These are a few. Massey & Duffy. They got the info, and refused. I included a email from lawfirm. Seiter Flatow, PLLC, I included the letter, they got info in refused. Phillip & Associates, based and Orlando Florida. They received my evidence, and Intake. In refuse to ~~coment~~ comment on the status of case. I also contacted Tully Rinckey, they tried to charge me $150 for a phone intake. I am on Florid DEO unemployment Pandemic Benefits. I can't afford to Pay full price for attorney. I am on county Indegent, I ~~filed for~~ Federal Indegent.    → Con't

I am not sure if it was approved.
I contacted Mrs. Maria E. de Paz state
& Local Coordinator for EEOC, by phone.
She stated she could only referaull
lawfirm's, she had none to appoint me.
Please appoint me a attorney by Title
VII, the ADA or GINA. I included
Proof copies of lawfirm that are EEOC
that denied the case. In I contacted
Mrs. Paz July 14, 2021, She stated
She could only referall.

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

| To: | Terry L. Doss<br>12 Adkinson Drive<br>Pensacola, FL 32506 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| 15D-2020-00906 | Maria E. de Paz<br>State & Local Coordinator | | (786) 648-5826 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☐ | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit.  This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| ☒ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

**- NOTICE OF SUIT RIGHTS -**

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Maria E. de Paz*  for

**Paul V. Valenti,**
**District Director**

June 15, 2021

*(Date Issued)*

Enclosures(s)

cc:

**Labor Finders**
**c/o Andrew M. Gordon, Esquire**
**Hinshaw & Culberston, LLP**
**One East Broward Blvd., Suite 1010**
**Ft. Lauderdale, FL 33301**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
MIAMI DISTRICT OFFICE
MIAMI TOWER
100 SOUTH EAST 2ⁿᵈ STREET
SUITE 1500
MIAMI, FLORIDA 33131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**DISMISSAL AND NOTICE**

To:

**Terry L. Doss**
**12 Adkinson Drive**
**Pensacola, FL 32506**



U.S. POSTAGE >> PITNEY BOWES

ZIP 33131
02 4W                $ 000.51⁰
0000361548MAY. 04. 2021

 Gmail

gary doss <dossg574@gmail.com>

## Evidence lawfirm want take case.Fwd: Your Legal Matter

Tee Dos <tdos124@gmail.com>                                    Tue, Jul 13, 2021 at 3:11 PM
To: dossg574@gmail.com

---------- Forwarded message ----------
From: **Michael Massey** <massey@352law.com>
Date: Tuesday, July 13, 2021
Subject: Your Legal Matter
To: tdos124@gmail.com

Hello,

Thank you for the opportunity to review your potential case. Unfortunately, both I and Massey & Duffy (and all its attorneys/employees) are unable to represent you in this matter. Please bear in mind that our inability to represent you in this matter in no way indicates that you do not have a valid claim. In fact, we strongly recommend that you discuss this matter with other attorneys.

Remember that in cases such as this, you have a very limited time in which to bring your claim. You need to give any attorney that you ask to review your case an adequate amount of time to complete their review and prepare to file the action. So don't delay. Will will not, and have not, taken any action for you. Also, please remember the following important information:

- **Critical deadlines apply in every legal matter**. The classic deadline is the statute of limitations. This statute determines the last date in which you can take legal action before a legal claim expires. Another essential deadline is the summons response time. When someone files suit against you, you must respond within the time prescribed by law to avoid a default judgment. The applicable statute of limitations varies depending on the nature of the claim (e.g., negligence, slander, wrongful death, etc.) and the nature of the defendant (e.g., professional, government agency, guaranty association, etc.). It is not infrequent to see a case with multiple statutes of limitations. Determining the appropriate statute of limitations date can be difficult, even for an experienced attorney. The deadline could be nearer than you think. Some statutes require suit to be filed or the defendant to be placed on notice in less than 30 days. Pre-suit notice and suit filing deadlines can also be imposed by a contract. While contractual limitation dates are often deemed unenforceable, there are exceptions, so it's important to check the language of any applicable contract. Sometimes, filing charges with the EEOC (www.eeoc.gov), Florida Commission on Human Relations or another agency is essential and must be done immediately.

- **No Legal Advice**. Since you are not a client of this firm, all discussions with you are merely for us to become informed about your case. You are not a client of this firm unless and until you have signed a written fee agreement with us. We cannot and will not render legal advice to

you without thorough inquiry into your facts (which occurs only if you are our client). We will not take any action for you, or satisfy any pre-suit requirements (such as contacting the EEOC). If we accept your case, we will promptly investigate the relevant critical deadlines and enter them on our calendar. Otherwise, we will not provide you with the relevant statute of limitation(s) or any other critical deadline(s) as mentioned above. After our meeting, you should seek out this information immediately, preferably by contacting another law firm. Please note that you will know whether we accepted your case because you will enter into another written agreement with us; until that time, we do not represent you and you should seek other legal counsel and advice immediately.

Once again, thank you for contacting us. With regard to future issues or problems you may have, I encourage you to reach out to us also as soon as possible.

Sincerely,
Michael Massey


--
Mr. Terry

 **Gmail**

gary doss <dossg574@gmail.com>

## Fwd: Notice of Suit Rights

**Tee Dos** <tdos124@gmail.com>
To: dossg574@gmail.com

Wed, Jul 7, 2021 at 3:33 AM

---------- Forwarded message ----------
From: **Tee Dos** <tdos124@gmail.com>
Date: Tuesday, July 6, 2021
Subject: Notice of Suit Rights
To: Michelle Andrade <mandrade@tpglaws.com>

My name is Terry Doss. Mrs. Michelle can you call me at 9:00 am July 7, 202. I believe you call today. I was unable to speak. I had a Zoom hearing at the time. I was still tring to see should I look for another law firm. On the Discrimination Right to Sue Letter.

On Thursday, July 1, 2021, ichelle Andrade <mandrade@tpglaws.com> wrote:

> Received.
>
> Thank you Terry for providing the letter. I will reach out to you once the attorney gets back to me in regards.
>
>
>
> Thank you,
>
>
>
> **From:** Tee Dos <tdos124@gmail.com>
> **Sent:** Thursday, July 1, 2021 12:13 PM
> **To:** Michelle Andrade <mandrade@tpglaws.com>
> **Subject:** Notice of Suit Rights
>
>
> My name is Terry Doss. I am sending Phillip & Ass. Letter from EEOC. Right to Sue Letter.
>
> --
> Mr. Terry

--
Mr. Terry

--
Mr. Terry

 **Gmail**

**gary doss <dossg574@gmail.com>**

## Fwd: SeiferFlatow, PLLC Online Submission for Employment Matters

**Tee Dos** <tdos124@gmail.com>
To: dossg574@gmail.com

Wed, Jul 7, 2021 at 12:34 PM

---------- Forwarded message ----------
From: **Jessica Scotto** <jessica@seiferflatow.com>
Date: Thursday, July 1, 2021
Subject: SeiferFlatow, PLLC Online Submission for Employment Matters
To: "tdos124@gmail.com" <tdos124@gmail.com>

Mr. Doss,

We received the message you submitted through our website to our law firm regarding your potential employment claim. Unfortunately, we are unable to handle this specific case for you; however, I did want to provide you with the phone number for the North Carolina Attorney Referral Service. If you call and explain your situation, they may be able to refer you to an attorney that would be able to handle a potential case such as this. The phone number for the Referral Service is 1-800-662-7660. We wish you the best of luck in your endeavors.

Thank you.

-------------------------------

Jessica Scotto

Paralegal

SeiferFlatow, PLLC

2319 Crescent Avenue

Charlotte, North Carolina 28207

Phone: 704 512-0606

Fax: 704 314-0677

jessica@seiferflatow.com

www.seiferflatowlaw.com

**Did You Know?**

SeiferFlatow, PLLC services the following practice areas:

Business Law

 Gmail

**gary doss <dossg574@gmail.com>**

---

## Evidence to prove I looked for Attorney.Fwd: Tully Rinckey Consultation

1 message

---

**Tee Dos** <tdos124@gmail.com>                                          Wed, Jul 14, 2021 at 12:22 PM
To: dossg574@gmail.com

---

---------- Forwarded message ----------
From: **Nakia Marion**  E<nmarion@tullylegal.com>
Date: Wednesday, July 14, 2021
Subject: Tully Rinckey Consultation
To: "tdos124@gmail.com" <tdos124@gmail.com>

Good morning Terry,

My name is Nakia and I am a Client Relations Associate here at Tully Rinckey Law Firm. I am
following up with you regarding a Federal Employment matter you reached out to us about. We
can schedule a consultation for you with Ms. Heather Tenney (Albany, NY); she does have
unexpected openings today, Wednesday, July 14th and tomorrow, Thursday, July 15th. Ms. Tenney
is highly experienced and knowledgeable in Federal Employment Law (nationally) and she is very
easy to speak with. The consultation fee is offered at a significant discount of $150 for up to one
hour.  During this hour, you will discuss the facts of your case, ask questions, and create a legal
strategy to move forward.  You can view our Consultation FAQ on our website for additional
information. Below is the link to Ms. Tenney's bio on our website.

https://www.tullylegal.com/attorneys/heather-tenney/

You can reach out to us by phone at (888) 529-4543, by email at info@tullylegal.com, or by using
the live chat tool on our website. You can also book a consultation online. After payment is made
using a secure link, you will be prompted with a link to schedule your appointment at a time that is
convenient for you.

You're also welcome to email me at nmarion@tullylegal.com and I'd be happy to follow up with you
at a specific time so we can get you scheduled for a consultation with Ms. Tenney.

Respectfully,
Nakia

TERRY DOSS
12 Adkinson Drive
PENSACOLA, FLORIDA 32506



U.S. POSTAGE PAID
PENSACOLA, FL
32503
JUL 16, 21
AMOUNT
$1.40
R2305H130026-19

CHECKED JUL 19 2021

United States Federal District
Court 110 Park Ave. STE 100,
Tallahassee, FLORIDA 32301

RCVD USBC NDFL TLMAIL
JUL 19 2021 PM 2:33

EEOC Form 161 (11/2020)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Terry L. Doss<br>12 Adkinson Drive<br>Pensacola, FL 32506 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| 15D-2020-00906 | Maria E. de Paz<br>State & Local Coordinator | | (786) 648-5826 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
|  | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| X | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Maria E. de Paz* for _____                    June 15, 2021
_____
**Paul V. Valenti,**                                           *(Date Issued)*
**District Director**

Enclosures(s)

cc:

**Labor Finders**
**c/o Andrew M. Gordon, Esquire**
**Hinshaw & Culberston, LLP**
**One East Broward Blvd., Suite 1010**
**Ft. Lauderdale, FL 33301**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day ⌐ ⌐ ⌐ period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

U.S. POSTAGE >> PITNEY BOWES

ZIP 33131
02 4W
0000361548 MAY. 04. 2021

$ 000.51⁰

MIAMI DISTRICT OFFICE
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
MIAMI TOWER
100 SOUTH EAST 2nd STREET
SUITE 1500
MIAMI, FLORIDA 33131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

# FLORIDA COMMISSION ON HUMAN RELATIONS
4075 Esplanade Way, Room 110, Tallahassee, Florida 32399

## EMPLOYMENT COMPLAINT OF DISCRIMINATION

RECEIVED
FLORIDA COMMISSION ON
HUMAN RELATIONS   (Use Only)

2020 MAY 13  PM 12: 45

## A. PERSONAL INFORMATION

**Name**
Terry L. Doss

**Mailing Address**
12 Adkinson Drive

**City, State, and Zip Code**
Pensacola, FL 32506

| FCHR No. | 202024831 | |
|---|---|---|
| E-Mail Address | Date of Birth | |
| tdos124@gmail.com | April 09, 1971 | |

**Home Telephone Number (area code)**

**Work (if possible to call you there)**
+1 (850) 455-0077

## B. BUSINESS INFORMATION (employer, labor organization, employment or government agency, etc.)

**Name**
Labor Finders

**Street Address (Branch/Office in Florida)**
4222 N Davis Hwy

| | Number of Employees | Telephone Number |
|---|---|---|
| | | +1 (850) 455-0077 |
| City, State and Zip Code | County | |
| Pensacola, FL 32503 | Escambia | |

**C. CAUSE OF DISCRIMINATION BASED ON:** (Check appropriate box(es))
☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGIOS   ☐ DISABILITY/HANDICAP   ☐ NATIONAL ORIGIN   ☐ AGE   ☐ MARITAL STATUS   ☒ RETALIATION

**DATE MOST RECENT DISCRIMINATION TOOK PLACE** (month, day, year)
October 15, 2019

## D. DISCRIMINATION STATEMENT:

I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act, and/or the Age Discrimination in Employment Act, and/or the Americans with Disabilities Act (if applicable for the following reasons)

Complainant (CP), an African American Male, began his employment with Respondent on 02/12/2014 and worked at various jobs and positions. CP was subjected to disparate treatment, sexual harassment, different terms, and conditions of employment because of his race and sex. CP was subjected to discrimination and retaliation at the hands of but not limited to, Assistant Manager Joyce Lockamy (Caucasian), Manager Tammy Waters (Caucasian), Regional Manager Paul J. Reed (Caucasian), HR Susan Patrick, and Mrs. Cline from Cooperate. CP was placed at Phoenix Telecommunication through Respondent where he was subjected to sexual harassment by Mike who is the Foreman at Phoenix Telecommunication. CP complained to Joyce Lockamy, Tammy Waters and Paul Reed. An investigation was conducted, and CP was provided an outcome by email. CP was told by Joyce Lockamy that cooperate was displease with him and that it was getting hard to place him on jobs. She also stated that if he kept complaining he would be fired. CP came in to work last week and waited a few hours to be place on job, he was told by Tammy Waters to go home and call back at 9:00 am. CP called but no one answered the phone. CP believes they had plenty of job assignments that day, but they did not want to assign him one. CP attempted to contact Respondent several times that day but was not able to reach anyone. Due to the lack of communication from Respondent, CP believes he was terminated on 10/15/2019.

## E. VERIFICATION.
**(REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAWS)**
Under penalties of perjury, I declare that I have read the foregoing complaint of discrimination and that the facts stated in it are true. I will advise the agency if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

**SIGNATURE OF COMPLAINANT**                                   **DATE**



TERRY DOSS
12 Aolkimson Drive
PENSACOLA, FLorida 32506

United States Federal District
Court 110 Park Ave, STE 100
Tallahassee, Florida 32301